① 

# In The United States District Court of Maryland

Igor Yasinov

v.

United States, Officer Bryant, Johnson, Robbins, Smith, Hamilton, Dickerson, Smallwood, T. Hall, Leutenant Vinzant, Leutenant Smallwood, Leutenant Hamilton, Dr. Ashley, unknown doctor, and six unknown officers

Case No

## Jurisdiction

This action is brought under Bivens v. Six unknown agents. The plaintiff is suing for a violation of his First Amendment right to have access to a Kosher diet, and retaliation, fourth Amendment right, due process of the fifth Amendment, and Eigth Amendment's protection against cruel and unusual punishment.

(2) Injuries

The Plaintiff suffered eye injury, permenant vision loss, neck injury, bruise in abdominal area, concusion, PTSD

Administrative remedy

The plaintiff had exhausted Administrative remedy.

Three strike Rules:

It is the first lawsuit brought by the plaintiff.

Relief Sought:

The plaintiff seeks 500 millions in compensatory damages, 500 Millions for attorney fees, 500 million for punitive damages, 500 millions for nominal damages, 500 millions for pain, emotional distress, anxiety, embarasment and humiliation.

③ Statement of Facts:

On or about october 10th 2022, I was at U.S.P Lee, on B Unit. Around breakfast time, officer Bryant stopped me and asked me about why I do not sit with the "white boys."
I explained to the officer that I am a Jewish Refugee from Ukraine, and on Baltimore time. That my family were Jews and Holocaust survivors, and I would not sit with a racist group. That same day I was subject to three pat downs by officers Bryant and an unknown officer, in a groping manner. They waited untill the inmates went to lunch so there was nobody around during the second search. Due to manner that the initial patdown was done, I was not very compliant to the third one. The two officers charged at me and assaulted me. I was beaten and taken to a room behind the lieutenant's office, and they took me there in a restraint chair. I was then slammed against the wall face first, and brutally beaten by a gang of officers.
I was called all kinds of racial slurs, then I was placed in 2 point restraints.

④ in two points I was made to kneel every round, and I was slamed into the wall with a shield. Around lunch time, Officer Johnson was serving trays. I notified officer Johnson that I was on a commonfair diet. Officer Johnson informed me that I was not on the list and gave a regular tray. I tried to explain to him that I need to keep a Kosher diet. Officer Johnson screamed at me "You nigger loving Jew you think you're getting special treatment." and stormed off. I was put in a 4 points restraints and was beaten by officers Bryant, Robbins, Smith, Johnson, T. Hall, Officer Smallwood, L.t. Smallwood, L.t. Hamilton, Dickerson, and other officers. I was tortured for several nights. Two unknown officers poured iced water on my body, focusing on my genitals, and use a huge fan to make me shiver all night. Every hour they would mop me with cold water. One night I asked one of the unknown officer for some water, he took mop and mushed my face with it. I swallowed some of the water and the water had bleach in it. I told the officers about how I felt sick, but they laugh at me. I spend nights vomiting black goo and blood.
Multiple and unknown officers threatened me several times and prevented me from reporting the incident, and my injuries to the medical staff.

(5) I was forced to lie on camera under duress. Dr. Ashley and an unknown medical staff member were aware of what was going on and did not provide real check-ups or medical care. Lieutenant Vinzant came several times and tightened my handcuffs with the intent of causing pain.

## Certification

I certify that this complaint complies with Rule 11. This complaint is not brought to harass anyone and has legal basis.

Igor Yasinov
#58823-037

FDC Philadelphia.
P.O. Box 562
Philadelphia, PA
19105

*[signature]*    3/2/24